TIMOTHY COURCHAINE
United States Attorney
District of Arizona
ARON KETCHEL
Arizona State Bar No. 038421
Assistant United States Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Aron.Ketchel@usdoj.gov

☒ FILED ☐ LODGED

**Nov 21 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>   vs.<br><br>Robert Steven Swagger,<br><br>            Defendant. | No.  CR-25-01591-PHX-SMB (DMF)<br><br>**I N F O R M A T I O N**<br><br>VIO:  15 U.S.C. §§ 77e(a)(1), 77x<br>        (Sale of Unregistered Securities)<br>        Count 1<br><br>        18 U.S.C. § 981(a)(1)(C)<br>        18 U.S.C. § 982(a)(1)<br>        21 U.S.C. § 853<br>        28 U.S.C. § 2461(c)<br>        (Forfeiture Allegations) |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

**COUNT 1**
**SALE OF UNREGISTERED SECURITIES**
**(15 U.S.C. §§ 77e(a)(1), 77x)**

     1.    On or about August 31, 2020, in the District of Arizona, Defendant ROBERT STEVEN SWAGGER knowingly and willfully sold an unregistered security, which SWAGGER knew at the time needed to be registered with the United States Securities and Exchange Commission, but was not, to victim M.S. in exchange for $250,000. SWAGGER

///

///

1  used means of interstate commerce for the purpose of selling the unregistered security to
2  M.S.
3      All in violation of 15 U.S.C. §§ 77e(a)(1), 77x.

  Respectfully submitted this __20th__ day of November, 2025.

> TIMOTHY COURCHAINE
> United States Attorney
> District of Arizona
>
> *Digitally signed by ARON KETCHEL*
> *Date: 2025.11.20 14:32:11 -07'00'*
>
> ARON KETCHEL
> Assistant U.S. Attorneys